■ In the Matter of RICHARD PIKNA. Motion for reconsideration denied. Concur — Murphy, P. J., Ross, Carro, Asch and Kassal, JJ.